| United States District Court | Southern District of Texas |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
December 18, 2017
David J. Bradley, Clerk

Securities and Exchange Commission, §
§
　　　　Plaintiff, §
§
versus §　　　Civil Action H-17-3678
§
James C. Tao, et al., §
§
　　　　Defendants. §

# Amended Final Judgment

1. Securities and Exchange Commission takes from James C. Tao:

    A. $155,970.67 on the claim of disgorgement;

    B. pre-judgment interest amount of $7,965.65;

    C. a civil penalty of $150,000; and

    D. post-judgment interest on the amount of damages awarded to be compounded annually at the applicable statutory interest rate.

2. The Commission takes $10,000.00 from Donna Boyd.

3. Tao is permanently enjoined from violating:
    A. Section 17(a) of the Securities Act of 1933;
    B. Sections 10(b), 15(a), and rule 10b-5 of the Securities Exchange Act of 1934;
    C. Sections 206 (1),(2), (4), and rule 206(4)-8 of the Investment Advisers Act of 1940.

4. Tao is permanently enjoined from soliciting or accepting funds from any person or entity for unregistered offerings of securities.

5. Boyd is permanently enjoined from violating Section 15(a) of the Securities Exchange Act of 1934.

6. Tao and Boyd have consented to this final judgment.

Signed on December 15, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge